■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL SANTIAGO, Appellant. [64 NYS3d 516]—Order, Supreme Court, New York County (Thomas Farber, J.), entered on or about January 17, 2013, which adjudicated defendant a level one sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant's challenge to his designation as a sexually violent offender is unpreserved and we decline to review it in the interest of justice. In any event, the court properly designated defendant a sexually violent offender because he was convicted

of an enumerated sexually violent offense, and the court lacked discretion to do otherwise (*see People v Bullock*, 125 AD3d 1 [1st Dept 2014], *lv denied* 24 NY3d 915 [2015]). We decline to revisit our prior holdings on this issue. Defendant's due process argument is similarly unpreserved and unavailing. Concur—Gische, J.P., Kapnick, Oing and Moulton, JJ.